UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*Fort Lauderdale Division*
www.flsb.uscourts.gov

In re:

**ROTHSTEIN ROSENFELDT ADLER, P.A.**,

    Alleged Debtor.
_____/
**LEXINGTON INSURANCE COMPANY** and **MARLOW, CONNELL, ABRAMS, ADLER, NEWMAN & LEWIS**,

    Plaintiffs**,**

**V.**

**HERBERT STETTIN**, as Chapter 11 Trustee for the Estate Of Rothstein Rosenfeldt Adler, P.A.; **RAZORBACK FUNDING LLC; CHARLES E. RUCKS**, individually and as Trustee of the Glen R. Rucks Revocable Trust and as Co-Trustee of the Charles E. Rucks Trust, and **SUSAN D. RUCKS**, individually and as Co-Trustee of the Charles E. Rucks Trust,

    Plaintiffs**.**
_____/

Case No.: 09-34791-RBR

Chapter 11 (Involuntary)

**ADVERSARY PROCEEDING CASE NO. 11-02590-RBR-A**

### INTERPLEADER PLAINTIFFS' INITIAL DISCLOSURE PER RULE 26(A)(1)(2) AND (3)

Interpleader Plaintiffs Lexington Insurance Company ("Lexington"), and Marlow, Connell, Abrams, Adler, Newman & Lewis (hereinafter "Marlow Connell" and with Lexington, the "Plaintiffs"), through counsel and pursuant to Rule 26(a)(1) (2) and (3) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7026 of the Federal

Rules of Bankruptcy Procedure, and this Court's Order Establishing Procedures, etc., dated September 30, 2011, respectfully submits this Initial Disclosure, as follows:

## WITNESSES

At this time, the Plaintiffs intend to rely upon the testimony of the following witnesses at trial:

1. Dan O'Brien, Esq.
    Lexington Insurance Company
    c/o Robert Scott Newman, Esq.

    Lexington Insurance Company representative with knowledge and information concerning the settlement between the RRA Trustee, Berenfeld, Spritzer, Shechter & Sheer and Lexington Insurance Company.

2. Robert Scott Newman, Esq.
    Marlow, Connell, Abrams, Adler, Newman & Lewis
    4000 Ponce de Leon Boulevard, Suite 570
    Coral Gables, Florida 33146

    Marlow Connell representative with the most knowledge and information concerning the settlement between the RRA Trustee, Berenfeld, Spritzer, Shechter & Sheer and Lexington Insurance Company.

3. Herbert Stettin, Trustee
    c/o Paul Singerman, Esq.
    Singerman Berger
    200 South Biscayne Boulevard
    Suite 1000
    Miami, Florida 33131

    Chapter 11 Bankruptcy Trustee for Rothstein Rosenfeld Adler with knowledge and information concerning the settlement between the Estate, Berenfeld, Spritzer, Shechter & Sheer and Lexington Insurance Company and, also the settlement between the Estate and the Razorback Funding Plaintiffs.

4. Emery Sheer
    c/o Cherry, Bekaert & Holland, LLP

> 2525 Ponce de Leon Blvd.
> Fifth Floor
> Coral Gables, FL  33134

Former Managing Partner of Berenfeld, Spritzer, Shechter & Sheer, with knowledge and information concerning the settlement with the Rothstein Rosenfeldt Adler, P.A., Bankruptcy Estate and Lexington.  Mr. Sheer also has knowledge relating to any and all insurance policies issued to Berenfeld, Spritzer, Shechter & Sheer.

5. Greg Tait
> c/o Cherry, Bekaert & Holland, LLP
> 401 East Las Olas Boulevard
> Suite 1090
> Fort Lauderdale, FL 33301

Former partner of Berenfeld, Spritzer, Shechter & Sheer and named Defendant in the *Rucks, et al., v. Berenfeld, Spritzer, Shechter & Sheer* with personal knowledge and information relating to the *Rucks* lawsuit.

6. Tracy Weintraub
> c/o Cherry, Bekaert & Holland, LLP
> 401 East Las Olas Boulevard
> Suite 1090
> Fort Lauderdale, FL 33301

Former partner of Berenfeld, Spritzer, Shechter & Sheer, with knowledge and information concerning the settlement with the Chapter 11 Trustee for Rothstein Rosenfeldt Adler, P.A., Bankruptcy Estate.

7. Brian Leitstein
> c/o Cherry, Bekaert & Holland, LLP
> 401 East Las Olas Boulevard
> Suite 1090
> Fort Lauderdale, FL 33301

Former partner of Berenfeld, Spritzer, Shechter & Sheer, with knowledge and information concerning the settlement with the Chapter 11 Trustee for Rothstein Rosenfeldt Adler, P.A., Bankruptcy Estate.

8. Gary Berkowitz
> c/o Cherry, Bekaert & Holland, LLP

401 East Las Olas Boulevard
Suite 1090
Fort Lauderdale, FL 33301

Former partner of Berenfeld, Spritzer, Shechter & Sheer, with knowledge and information concerning the settlement with the Chapter 11 Trustee for Rothstein Rosenfeldt Adler, P.A., Bankruptcy Estate.

9. Charles E. Rucks
c/o Tim B. Wright, Esq.
Wright, Ponsoldt & Lozeau
1002 S.E. Monterey Commons Boulevard
Suite 100
Stuart, FL 34996

Plaintiff in the underlying suit of *Rucks, et al., v. Tait and Berenfeld, Spritzer, Shechter & Sheer* filed in the Circuit Court of Okeechobee County, Florida.

10. Susan D. Rucks
c/o Tim B. Wright, Esq.
Wright, Ponsoldt & Lozeau
1002 S.E. Monterey Commons Boulevard
Suite 100
Stuart, FL 34996

Plaintiff in the underlying suit of *Rucks, et al., v. Tait and Berenfeld, Spritzer, Shechter & Sheer* filed in the Circuit Court of Okeechobee County, Florida.

11. Tim B. Wright, Esq.
Wright, Ponsoldt & Lozeau
1002 S.E. Monterey Commons Boulevard
Suite 100
Stuart, FL 34996

Counsel for Plaintiffs in the underlying suit of *Rucks, et al., v. Tait and Berenfeld, Spritzer, Shechter & Sheer* filed in the Circuit Court of Okeechobee County, Florida.

12. Plaintiffs reserve the right to amend this witness list in connection with any witnesses discovered or whose testimony becomes relevant as may be determined in ongoing discovery.

13. Any and all witnesses listed by the Defendants.

14. All impeachment and rebuttal witnesses.

## **EXHIBITS**

At this time, the Plaintiffs intend to rely upon the following exhibits at trial:

1. Lexington Insurance Company, Accountants Professional Liability Policy, and No.: 001275584 issued to Berenfeld, Spritzer, Shechter & Sheer, LLP.

2. Settlement Agreement between Herbert Stettin, Chapter 11 Trustee of Rothstein Rosenfeld Adler, P.A.; Berenfeld, Spritzer, Shechter & Sheer, LLP; and Lexington Insurance Company dated November 3, 2010.

3. Hearing transcript and all related exhibits entered into the record from the December 21, 2010, hearing before Judge Ray in the Lead Case No.: 09-34791-RBR.

4. Memorandum Opinion granting Trustee's Motion for Compromise Settlement with Berenfeld, Spritzer, Shechter & Sheer, etc., filed in Lead Case No.: 09-34791-RBR dated January 7, 2011.

5. Bar Order pursuant to Settlement between Trustee Herbert Stettin and Berenfeld Spritzer, Shechter & Sheer LLP dated January 10, 2011.

6. Proof of Wire Transfer of $10 Million from Lexington Insurance Company to Marlow Connell Abrams Adler Newman & Lewis Trust Account.

7. *Rucks* Final Judgment dated September 3, 2011.

8. *Rucks* Writ of Garnishment to Lexington Insurance Company dated September 12, 2011.

9. Lexington Insurance Company's Answer to *Rucks* Writ of Garnishment dated October 3, 2011.

10. *Rucks* Writ of Garnishment to Marlow Connell Abrams & Adler dated September 9, 2011.

11. Marlow Connell Abrams Adler Newman & Lewis ' Answer to *Rucks* Writ of Garnishment dated October 3, 2011.

12. *Rucks* Second Writ of Garnishment to Lexington Insurance Company dated October 3, 2011.

13. *Rucks* Second Writ of Garnishment to Marlow Connell Abrams & Adler dated October 3, 2011.

14. Letter from Trustee's counsel re: demand for settlement proceeds from Lexington dated September 20, 2011.

15. Letter from Razorback Funding Plaintiffs' counsel re: demand for settlement proceeds from Lexington dated September 21, 2011.

16. All documents listed in any Defendant's Initial Disclosures.

17. Any and all documents produced in discovery in this adversary proceeding.

18. All impeachment and rebuttal documents.

## DAMAGES

As this suit sounds in interpleader, damages are not an issue.

## INSURANCE AGREEMENTS

Lexington Insurance Company
Accountants Professional Liability Policy
Policy No.:        001275584
Insured:           Berenfeld, Spritzer, Shechter & Sheer, LLP
Policy Period:     12/21/2008 through 12/21/2009
Policy Limits:     $10 Million

## RESERVATION

Plaintiffs reserve the right to supplement and amend these initial disclosures as trial preparations continue and as additional witnesses and documents are learned through discovery.

## CERTIFICATES OF SERVICE AND ADMISSION

**I HEREBY CERTIFY THAT** on this date a true copy of the foregoing was furnished VIA THE Court's EM/ECF System to all parties entitled to receive electronic noticing.

**I FURTHERCERTIFY THAT** I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**DATED**: October 11, 2011          Respectfully submitted,

/s/ Robert Scott Newman
Robert Scott Newman
FBN: 0466670
**MARLOW, CONNELL, ABRAMS, ADLER,
  NEWMAN & LEWIS**
*Counsel for Interpleader Plaintiffs*

4000 Ponce de Leon Boulevard
Suite 570
Coral Gables, Florida 33146
Telephone: (305) 446-0500
Email: snewman@marlowconnell.com

and

/s/ David R. Softness
David R. Softness, Esq.
FBN: 513229
**DAVID R. SOFTNESS P.A.**
*Co- Counsel for Interpleader Plaintiffs*
201 South Biscayne Boulevard, Suite 1740
Miami, FL 33131
Tel:   305-341-3111
Email: david@softnesslaw.com